# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE UNION PUBLIC HOUSE, LLC, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiff,<br>v.<br><br>AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., MICHIGAN SUGAR COMPANY, UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>　　　Defendants. | Case No. 0:24-cv-01292-JMB-ECW |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Andre Hanson shall appear as counsel of record for Defendants American Sugar Refining, Inc., ASR Group International, Inc., and Domino Foods, Inc. in this case.

Dated: April 26, 2024

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　SHEARMAN & STERLING LLP

　　　　　　　　　　　　　　　　　By: */s/ Andre Hanson*
　　　　　　　　　　　　　　　　　Andre Hanson (MN #0258234)
　　　　　　　　　　　　　　　　　300 W 6th Street
　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　Telephone: +1.512.647.1900
　　　　　　　　　　　　　　　　　Andre.Hanson@shearman.com

*Attorney for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc.*