IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE UNION PUBLIC HOUSE, LLC, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiff,<br>v.<br><br>AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., MICHIGAN SUGAR COMPANY, UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>　　Defendants. | Case No. 0:24-cv-01292-JMB-ECW |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc., by their undersigned counsel, hereby state:

1. As to ASR Group International, Inc., its parent corporations are Florida Crystals Corporation and Sugar Cane Growers Cooperative of Florida; no publicly held corporation owns 10% or more of its stock.

2. As to American Sugar Refining, Inc., its parent company is ASR Group International, Inc.; no publicly held corporation owns 10% or more of its stock.

3. As to Domino Foods, Inc., it is a cooperative with no parent company and no publicly held corporation owns 10% or more of its stock.

Dated: April 26, 2024

Respectfully submitted,

SHEARMAN & STERLING LLP

By: */s/ Andre Hanson*
Andre Hanson (MN #0258234)
300 W 6th Street
Austin, TX 78701
Telephone: +1.512.647.1900
Andre.Hanson@shearman.com

*Attorney for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc.*