**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| MORELOS BAKERY LLC, on behalf of themselves all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>Defendants. | Case No. 0:24-cv-00966-JMB-ECW |
| UP AT 4, INC. d/b/a GREAT HARVEST BREAD CO. (DULUTH, MN), individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>Defendants. | Case No. 0:24-cv-00970-JMB-ECW |

| | |
|---|---|
| QUARTERBACK CLUB and GLADYS' RESTAURANT, LLC d/b/a GLADYS', a Mississippi corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>Defendants. | Case No. 0:24-cv-01017-JMB-ECW |
| BW-SS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>Defendants. | Case No. 0:24-cv-01047-JMB-ECW |
| BOCA BOTANA'S INC, on behalf of themselves and all others similarly situated, | Case No. 0:24-cv-01106-JMB-ECW |

| | |
|---|---|
| Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>Defendants. | |
| KING KULLEN GROCERY CO., INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>Defendants. | Case No. 0:24-cv-01122-JMB-ECW |
| RALEIGH GOLDEN,<br><br>Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, | Case No. 0:24-cv-01129-JMB-ECW |

| | |
|---|---|
| AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>Defendants. | |
| PIALA LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>Defendants. | Case No. 0:24-cv-01232-JMB-ECW |
| THE UNION PUBLIC HOUSE, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., MICHIGAN SUGAR COMPANY, UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, | Case No. 0:24-cv-01292-JMB-ECW |

| | |
|---|---|
| COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>Defendants. | |
| WILSON COFFEE HOUSE, LLC D/B/A LINDEN STREET COFFEE HOUSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>Defendants. | Case No. 0:24-cv-01322-JMB-ECW |
| CORBOS DELI SOUTHSIDE, LLC; and CORBO CORNER DELI, WEST LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, | Case No. 0:24-cv-01370-JMB-ECW |

COMMODITY INFORMATION, INC., and RICHARD WISTISEN,

Defendants.

**JOINT STIPULATED MOTION TO POSTPONE DEFENDANTS' RESPONSES TO COMPLAINTS PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S DECISION ON MOTION TO TRANSFER**

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the following related actions are pending in front of your honor (collectively "the Related Actions"):

| **Case Title** | **Case No.** |
|---|---|
| *Up At 4, Inc. d/b/a Great Harvest Bread Co. v. ASR Group International, Inc., et al.* | 24-cv-00970 |
| *Morelos Bakery LLC, v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-00966 |
| *Quarterback Club and Gladys' Restaurant, LLC d/b/a Gladys' v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-01017 |
| *BW-SS, Inc. v. ASR Group International, Inc., et al.* | 24-cv-01047 |
| *Boca Botana's Inc. v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-01106 |
| *King Kullen Grocery Co., Inc. v. ASR Group International, Inc., et al.* | 24-cv-01122 |
| *Raleigh Golden v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-01129 |
| *Piala LLC v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-01232 |
| *Union Public House, LLC, v. American Sugar Refining, Inc. et al.* | 24-cv-01292 |

| | |
|---|---|
| *Wilson Coffee House LLC d/b/a Linden Street Coffee House v. ASR Group International, Inc., et al.* | 24-cv-1322 |
| *Corbos Deli Southside, LLC et al v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-01370 |

**WHEREAS**, Plaintiffs in the above captioned cases filed Complaints in this Court naming various Defendants, responses to which are due as soon as April 29, 2024 in some instances;

**WHEREAS**, there are additional response deadlines approaching in some of the other above-captioned matters pending before Your Honor;

**WHEREAS**, on March 19, 2024, Plaintiffs in related cases pending in the Southern District of New York, KPH Healthcare Services, Inc., Case No. 24-cv-01941, and Redner's Market, Inc., Case No. 24-cv-01968, jointly filed a Motion to Transfer with the Judicial Panel on Multidistrict Litigation (the "Panel"), seeking to transfer and centralize all related actions pending in the District of Minnesota and the Southern District of New York for consolidated or coordinated pretrial proceedings in the Southern District of New York. *See* MDL No. 3110, ECF 1, Motion to Transfer;

**WHEREAS**, on April 9, 2024, Plaintiff in a related case pending in the District of Minnesota, Up At 4 Inc., d/b/a Great Harvest Bread Company (Duluth, MN), Case No. 24-cv-00970, filed a Response to the Motion to Transfer with the Panel, seeking centralization of all related actions for consolidated or coordinated pretrial

proceedings in the District of Minnesota. *See* MDL No. 3110, ECF 46, Response in Opposition;

**WHEREAS**, on April 12, 2024, District of Minnesota Plaintiffs WNT, LLC, WNT Farmington, LLC, Morelos Bakery LLC, BW-SS, Boca Botana's Inc., King Kullen Grocery Co., Inc., Raleigh Golden, Piala LLC, and The Union Public House LLC, filed a joint Response to the Motion to Transfer, seeking consolidation of all related actions for pretrial proceedings in the District of Minnesota. *See* MDL No. 3110, ECF 64, Minnesota Plaintiffs' Response in Opposition;

**WHEREAS**, the Related Actions pending before Your Honor have all been designated as related actions on the Panel docket, MDL No. 3110; and

**WHEREAS**, the Panel has set the hearing on Plaintiffs' transfer motion for May 30, 2024. *See* MDL No. 3110, ECF 7.

For the foregoing reasons, **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, that:

1. all proceedings as to Defendants in the Related Actions, including the time to file any responsive pleadings or otherwise respond to the Complaints, will be stayed until the Panel has ruled on the pending Motion to Transfer, and Plaintiffs have filed a consolidated complaint, if any, whereupon the Parties will meet and confer to agree on a schedule;

2. if any Defendant answers, moves, or otherwise pleads with respect to a Complaint in a related case pending in any District, that Defendant will concurrently answer, move, or otherwise plead with respect to the Complaints in the above captioned cases; and

3. As it relates to the Defendants signing this stipulation, service in one of the Related Actions is deemed service as to all of the Related Actions.

**WHEREFORE**, the Parties respectfully request that the Court issue an order consistent with this stipulation.

Dated: April 25, 2024

Respectfully submitted,

/s/ *Chad A. Blumenfield*
Chad A. Blumenfield, Reg. No. 0387296
Aaron P. Knoll Reg. No. 0393066
Gina M. Tonn, Reg. No. 0504172
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
cblumenfield@greeneespel.com
aknoll@greeneespel.com
gtonn@greeneespel.com
(612) 373-0830

*Attorneys for Defendant Cargill, Inc.*

/s/ *Matthew J. Piehl*
Matthew J. Piehl (MN 0395942)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000

/s/ Andre Hanson
Andre Hanson (MN #0258234)
**SHEARMAN & STERLING LLP**
300 W 6th Street
Austin, TX 78701
Telephone: +1.512.647.1900
Andre.Hanson@shearman.com

*Attorney for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc.*

/s/ *Jessica J. Nelson*
Jessica J. Nelson, #347358
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7000
Facsimile: (612) 268-7001
jnelson@spencerfane.com

Washington, D.C. 20004
Telephone: 202-637-2154
Facsimile: 202-637-2201
matthew.piehl@lw.com

Lawrence E. Buterman (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

*Attorneys for Defendant United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation*

*/s/ Jon Tostrud*
Jon Tostrud
Anthony Carter
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: 310-278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

Don Barrett
Katherine Riley
Sarah Sterling Aldridge
**BARRETT LAW GROUP, P.A.**
404 Court Square North
P.O. Box 927
Lexington, MS 39095
Telephone: 662-834-2488
Fax: 662-834-2628
donbarrettpa@gmail.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

**EIMER STAHL LLP**
Vanessa G. Jacobsen (pro hac vice forthcoming)
Benjamin E. Waldin (pro hac vice forthcoming)
224 S Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel.: (312) 660-7604
Fax: (312) 692-1718
vjacobsen@eimerstahl.com
bwaldin@eimerstahl.com

*Attorneys for Defendant Michigan Sugar Company*

*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Paul J. Phelps (MN #185073)
**SAWICKI & PHELPS, P.A.**
5758 Blackshire Path
Inver Grover Heights, MN 55076
Tel: (651) 730-6900
Fax: (651) 730-8110
pphelps@mnlawyers.com

Kimberly A. Justice
Jonathan M. Jagher

J. Barton Goplerud
Brian Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
(515) 223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com

*Counsel for Quarterback Club and Gladys' Restaurant, LLC d/b/a Gladys'*

*/s/ David M. Cialkowski*
David M. Cialkowski
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
david.cialkowski@zimmreed.com

*Counsel for Plaintiff BW-SS, Inc.*

*/s/ Jeffrey B. Gittleman*
Jeffrey B. Gittleman
Meghan J. Talbot
Zacahry A. Pogust
**POGUST GOODHEAD LLC**
161 Washington Street, Suite 250
Conshohocken, PA 19428
Telephone: (610) 941-4204
jgittleman@pogustgoodhead.com
mtalbot@pogustgoodhead.com
zpogust@pogustgoodhead.com

Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)

**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486
kjustice@fklmlaw.com
jjagher@fklmlaw.com

Matthew W. Ruan (MN #033909X)
Douglas A. Millen
Michael E. Moskovitz
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

Kellie Lerner
Benjamin D. Steinberg
Ellen G. Jalkut
Laura Song
**ROBINS KAPLAN LLP** 1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
klerner@robinskaplan.com
bsteinberg@robinskaplan.com
ejalkut@robinskaplan.com
lsong@robinskaplan.com

*Counsel for Plaintiff Morelos Bakery LLC*

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800

**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Kevin I. Goldberg
**GOLDBERG LAW, LLC**
401 Salk Circle
Gaithersburg, MD 20878
Telephone: (301) 343-5817
kg@goldberglaw.info

*Counsel for Plaintiff Boca Botana's Inc*

*/s/ David E. Kovel*
David E. Kovel (pro hac vice forthcoming)
Thomas W. Elrod (pro hac vice forthcoming)
David Bishop (pro hac vice forthcoming)
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
dkovel@kmllp.com
telrod@kmllp.com

Anthony F. Fata (pro hac vice forthcoming)
Anthony E. Maneiro (pro hac vice forthcoming)
**KIRBY McINERNEY LLP**
211 West Wacker Drive, Suite 550
St. Paul, MN 55101
Tel: (651)312-6518
sraiter@larsonking.com

Michael Flannery
**CUNEO GILBERT & LADUCA, LLP**
Two CityPlace Drive
Second Floor
St. Louis, MO 63141
Tel: (314) 226-1015
mflannery@cuneolaw.com

Lissa Morgans
Cody McCracken
**CUNEO GILBERT & LADUCA LLP**
4725 Wisconsin Ave NW
Suite 200
Washington, D.C. 20016
Tel: (202) 789-3960
lmorgans@cuneolaw.com

*Counsel for Plaintiff Up at 4, Inc. d/b/a Great Harvest Bread Co.*

*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Chicago, IL 60606
Tel.: (312) 767-5180
afata@kmllp.com
amaneiro@kmllp.com

Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

*Counsel for Plaintiff King Kullen Grocery Co., Inc.*

*/s/ Bobby Pouya*
Bobby Pouya
**PEARSON WARSHAW, LLP**
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
bpouya@pwfirm.com

*Counsel for Plaintiff Raleigh Golden*

*/s/ Stuart G. Gross*
Stuart G. Gross
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
sgross@grosskleinlaw.com

Brian Murray (pro hac vice forthcoming)
Lee Albert (pro hac vice forthcoming)
Gregory Linkh (pro hac vice forthcoming)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com
glinkh@glancylaw.com

Michele Carino
**GREENWICH LEGAL ASSOC.**
881 Lake Ave.
Greenwich, CT 06831
Tel: (203) 622-6001
mcarino@grwlegal.com

*Counsel for Plaintiff Corbos Deli Southside, LLC and Corbo Corner Deli, West LLC*

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Michael J. Flannery (*pro hac vice*)
**CUENO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

*Counsel for Plaintiff Piala LLC*

*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP** 100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

W. Cameron Stephenson (pro hac vice forthcoming)
Matthew D. Schultz (pro hac vice forthcoming)
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel: (850) 435-7176
Fax: (850) 436-6176
cstephenson@levinlaw.com
mschultz@levinlaw.com

*Counsel for Plaintiff The Union Public House, LLC*

Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
cmcracken@cuneolaw.com
lmorgans@cuneolaw.com

J. Barton Goplerud (*pro hac vice*)
**SHINDLAR, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
goplerud@sagwlaw.com

*Counsel for Plaintiff Wilson Coffee House, LLC d/b/a Linden Street Coffee House*