# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THE UNION PUBLIC HOUSE, LLC, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., MICHIGAN SUGAR COMPANY, UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>    Defendants. | Court File No. 0:24-cv-01292-JMB-ECW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jessica J. Nelson of Spencer Fane LLP shall appear as counsel of record for Defendant Michigan Sugar Company in the above-referenced matter. This appearance is without waiver of any defenses. Please direct all pleadings and correspondence to the undersigned.

Dated:  April 26, 2024        **SPENCER FANE LLP**

/s/*Jessica J. Nelson*
Jessica J. Nelson, #347358
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Phone: (612) 268-7006
jnelson@spencerfane.com

*Counsel for Defendant Michigan Sugar Company*