## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| THE UNION PUBLIC HOUSE, LLC, on behalf of themselves and all others similarly situated, | Court File No. 0:24-cv-01292-JMB-ECW |
| Plaintiff, | |
| v. | |
| AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., MICHIGAN SUGAR COMPANY, UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, COMMODITY INFORMATION, INC., and RICHARD WISTISEN, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

The undersigned, counsel of record for Defendant Michigan Sugar Company, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1:

Michigan Sugar Company does not have any parent company, and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated:  April 26, 2024                           **SPENCER FANE LLP**

/s/ *Jessica J. Nelson*
Jessica J. Nelson, #347358
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Phone: (612) 268-7006
jnelson@spencerfane.com

and

**EIMER STAHL LLP**
Vanessa G. Jacobsen (*pro hac vice forthcoming*)
Benjamin E. Waldin (*pro hac vice forthcoming*)
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
vjacobsen@eimerstahl.com
bwaldin@eimerstahl.com

*Counsel for Defendant Michigan Sugar Company*