# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KPH HEALTHCARE SERVICES, INC., on behalf of themselves all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>  Defendants. | Case No. 0:24-cv-00959-JMB-ECW |
| MORELOS BAKERY LLC, on behalf of themselves all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>  Defendants. | Case No. 0:24-cv-00966-JMB-ECW |
| UP AT 4, INC. d/b/a GREAT HARVEST BREAD CO. (DULUTH, MN), | |

| | |
|---|---|
| individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>    Defendants. | Case No. 0:24-cv-00970-JMB-ECW |
| QUARTERBACK CLUB and GLADYS' RESTAURANT, LLC d/b/a GLADYS', a Mississippi corporation, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>    Defendants. | Case No. 0:24-cv-01017-JMB-ECW |
| BW-SS, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff, | Case No. 0:24-cv-01047-JMB-ECW |

2

| | |
|---|---|
| v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>      Defendants. | |
| BOCA BOTANA'S INC, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>      Defendants. | Case No. 0:24-cv-01106-JMB-ECW |
| KING KULLEN GROCERY CO., INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., | Case No. 0:24-cv-01122-JMB-ECW |

3

| | |
|---|---|
| DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>   Defendants. | |
| RALEIGH GOLDEN,<br><br>   Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>   Defendants. | Case No. 0:24-cv-01129-JMB-ECW |
| PIALA LLC, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN, | Case No. 0:24-cv-01232-JMB-ECW |

4

| | |
|---|---|
| Defendants. | |
| THE UNION PUBLIC HOUSE, LLC, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., MICHIGAN SUGAR COMPANY, UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>    Defendants. | Case No. 0:24-cv-01292-JMB-ECW |
| WILSON COFFEE HOUSE, LLC D/B/A LINDEN STREET COFFEE HOUSE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>    Defendants. | Case No. 0:24-cv-01322-JMB-ECW |

5

| | |
|---|---|
| CORBOS DELI SOUTHSIDE, LLC; and CORBO CORNER DELI, WEST LLC, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>    Defendants. | Case No. 0:24-cv-01370-JMB-ECW |
| NORTHERN FROZEN FOODS, INC. d/b/a NORTHERN HASEROT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>    Defendants. | Case No. 0:24-cv-01414-JMB-ECW |

## **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as a result of the combination of Shearman & Sterling LLP and Allen & Overy LLP, effective May 1, 2024, the name of the firm representing the undersigned parties is Allen Overy Shearman Sterling US LLP. The new email address of counsel is:

andre.hanson@aoshearman.com.

The mailing address and telephone number remain unchanged.

| | |
|---|---|
| Dated: May 8, 2024 | Respectfully submitted,<br><br>ALLEN OVERY SHEARMAN STERLING US LLP<br><br>*/s/ Andre Hanson*<br>Andre Hanson (MN #0258234)<br>300 W 6th Street, Suite 2250<br>Austin, TX 78701<br>Telephone: +1.512.647.1900<br>andre.hanson@aoshearman.com<br><br>*Attorney for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc.* |