## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WNT, LLC, *et al.*, | Case No. 24-cv-00959 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| MORELOS BAKERY LLC, | Case No. 24-cv-00966 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| UP AT 4, INC., | Case No. 24-cv-00970 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |

QUARTERBACK CLUB, *et al.,*                    Case No. 24-cv-01017 (JMB/ECW)

                Plaintiff,

     v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                Defendants.

---

BW-SS, INC.,                                   Case No. 24-cv-01047 (JMB/ECW)

                Plaintiff,

     v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                Defendants.

---

BOCA BOTANA'S INC.,                            Case No. 24-cv-01106 (JMB/ECW)

                Plaintiff,

     v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

                Defendants.

KING KULLEN GROCERY CO., INC.,                    Case No. 24-cv-01122 (JMB/ECW)

               Plaintiff,

    v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

               Defendants.

---

RALEIGH GOLDEN,                    Case No. 24-cv-01129 (JMB/ECW)

               Plaintiff,

    v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

               Defendants.

---

PIALA LLC,                    Case No. 24-cv-01232 (JMB/ECW)

               Plaintiff,

    v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

               Defendants.

3

| | |
|---|---|
| THE UNION PUBLIC HOUSE, LLC, | Case No. 24-cv-01292 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| AMERICAN SUGAR REFINING, INC., *et al.*, | |
| Defendants. | |
| WILSON COFFEE HOUSE, LLC, | Case No. 24-cv-01322 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| CORBOS DELI SOUTHSIDE, LLC, *et al.*, | Case No. 24-cv-01370 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |

NORTHERN FROZEN FOODS, INC.,                    Case No. 24-cv-01414 (JMB/ECW)

                Plaintiff,

     v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

                Defendants.

---

NINETEENSEVENTYNINE LLC, *et al.,*              Case No. 24-cv-01525 (JMB/ECW)

                Plaintiff,

     v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                Defendants.

---

TRIPLE ELM COFFEE AND ICE                       Case No. 24-cv-01536 (JMB/ECW)
CREAM, LLC,

                Plaintiff,

     v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

                Defendants.

| | |
|---|---|
| MODERN PASTRY SHOP, INC., | Case No. 24-cv-01537 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| COWBELL GRILL & TAP, LLC, *et al.*, | Case No. 24-cv-01539 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| PORTLAND HUNT-ALPINE CLUB, LLC, | Case No. 24-cv-01560 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |

WESTERN AXE LLC,

        Plaintiff,

    v.

ASR GROUP INTERNATIONAL, INC., *et al.*,

        Defendants.

Case No. 24-cv-01653 (JMB/ECW)

---

NATILE INC, *et al.,*

        Plaintiff,

    v.

AMERICAN SUGAR REFINING, INC., *et al.*,

        Defendants.

Case No. 24-cv-01654 (JMB/ECW)

---

MARY SALAZAR, *et al.*,

        Plaintiff,

    v.

UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE., *et al.*,

        Defendants.

Case No. 24-cv-01847 (JMB/ECW)

7

PATTIBAKES LLC,
                          Plaintiff,

      v.

AMERICAN SUGAR REFINING, INC., *et al.*,
                        Defendants.

Case No. 24-cv-01847 (JMB/ECW)

JENNIVEE'S BAKERY, LLC,
                          Plaintiff,

      v.

ASR GROUP INTERNATIONAL, INC., *et al.*,
                        Defendants.

Case No. 24-cv-01848 (JMB/ECW)

2nd PITT LLC,
                          Plaintiff,

      v.

ASR GROUP INTERNATIONAL, INC., *et al.*,
                        Defendants.

Case No. 24-cv-01859 (JMB/ECW)

HU-YU, INC. d/b/a CITY WOK,                                    Case No. 24-cv-01903 (JMB/ECW)

                Plaintiff,

     v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                Defendants.

---

JM HOSPITALITY GROUP, LLC,                                    Case No. 24-cv-01907 (JMB/ECW)

                Plaintiff,

     v.

AMERICAN SUGAR REFINING, INC.,
*et al.*,

                Defendants.

---

KLUESSENDORF,                                    Case No. 24-cv-01913 (JMB/ECW)

                Plaintiff,

     v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

                Defendants.

9

KEDZIE BOULEVARD CAFÉ, INC.,

                       Plaintiff,

     v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                     Defendants.

Case No. 24-cv-01949 (JMB/ECW)

## NOTICE OF HEARING ON PLAINTIFFS' JOINT MOTION TO CONSOLIDATE AND COORDINATE ACTIONS

PLEASE TAKE NOTICE that Plaintiffs in the above-referenced matters, by and through their undersigned counsel, will bring Plaintiffs' Joint Motion to Consolidate and Coordinate Actions, before the Honorable Jeffrey M. Bryan, on a date and time to be determined by the court.

Respectfully submitted,

DATED:  May 29, 2024

*/s/ Daniel C. Hedlund*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Anthony J. Stauber (#0401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

10

tstauber@gustafsongluek.com

Dianne M. Nast
Daniel N. Gallucci
Joseph N. Roda
Michele S. Burkholder
Michael S. Tarringer
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Tel: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com
dgallucci@nastlaw.com
jnroda@nastlaw.com
mburkholder@nastlaw.com
mtarringer@nastlaw.com

Christopher V. Le
Brian P. Drockton
**BOIESBATTIN LLP**
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704
cle@boiesbattin.com
bdrockton@boiesbattin.com

Kenneth A. Wexler (admitted *pro hac vice*)
Justin N. Boley (admitted *pro hac vice*)
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Dr., Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com

Adam J. Zapala (admitted *pro hac vice*)
Elizabeth Castillo (admitted *pro hac vice*)
James G.B. Dallal (admitted *pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Tel: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (admitted *pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street, Ste. 602
New York, NY 10013
Tel: (212) 201-6820
abarnett@cpmlegal.com

***Counsel for Plaintiff Northern Haserot***

*/s/ Bobby Pouya*
Bobby Pouya
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
T: (818) 788-8300
F: (818) 788-8104
bpouya@pwfirm.com

***Counsel for Consumer Class Plaintiffs***
***Raleigh Golden, Mary Salazar, Liana Britt,***
***Kimberly Rybarczyk, Amanda Boardman, and***
***Virginia Smith***

*/s/ Kellie Lerner*
Kellie Lerner
Ben Steinberg
Ellen Jalkut
Laura Song
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY  10019
Tel: (212) 980-7400
Fax: (212) 980-7499
klerner@robinskaplan.com
bsteinberg@robinskaplan.com
ejalkut@robinskaplan.com

12

lsong@robinskaplan.com

***Counsel for Plaintiffs Natile, Inc., Red Star Diner, Inc., The Coffee Bean LLC, Morelos Bakery LLC, WNT, LLC, and WNT Farmington LLC***

*/s/ Kimberly A. Justice*
Kimberly A. Justice
Jonathan M. Jagher
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486
kjustice@fklmlaw.com
jjagher@fklmlaw.com

Matthew W. Ruan
Douglas A. Millen
Michael E. Moskovitz
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

***Counsel for Plaintiffs WNT, LLC and WNT Farmington, LLC***

*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

**Counsel for Plaintiff Morelos Bakery LLC**


/s/ David M. Cialkowski
David M. Cialkowski (MN# 0306526)
Ian F. McFarland (MN# 0392900)
Zachary J. Freese (MN# 0402252)
**ZIMMERMAN REED, LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com
zachary.freese@zimmreed.com

**Counsel for Plaintiffs BW-SS, Inc.,
Nineteenseventynine LLC, Sublime Surprise,
LLC, and Jennivee's Bakery, LLC**


/s/ Heidi M. Silton
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

W. Cameron Stephenson
Matthew D. Schultz
**LEVIN, PAPANTONIO, RAFFERTY,**

**PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel: (850) 435-7176
Fax: (850) 436-6176
cstephenson@levinlaw.com
mschultz@levinlaw.com

*Counsel for Plaintiff THE UNION PUBLIC HOUSE, LLC*

*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Jeffrey B. Gittleman
Meghan J. Talbot
Zachary A. Pogust
**POGUST GOODHEAD LLC**
161 Washington Street, Suite 250
Conshohocken, PA 19428
Telephone: (610) 941-4204
jgittleman@pogustgoodhead.com
mtalbot@pogustgoodhead.com
zpogust@pogustgoodhead.com

Kevin I. Goldberg
**GOLDBERG LAW, LLC**
401 Salk Circle
Gaithersburg, MD 20878
Telephone: (301) 343-5817
kg@goldberglaw.info

15

**Counsel for Plaintiff BOCA BOTANA'S INC.**

*/s/ Anne T. Regan*
Anne T. Regan (MN #0333852)
Nathan D. Prosser (MN #0329745)
Brian W. Nelson (MN #0398481)
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, Minnesota  55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
aregan@hjlawfirm.com
nprosser@hjlawfirm.com
bwnelson@hjlawfirm.com

Daniel Zemans (pro hac vice forthcoming)
**LAW OFFICES OF DANIEL ZEMANS, LLC**
2023 W. Berteau Ave.
Chicago, IL 60618
Phone: (773) 706-7767
dzemans@zemans-law.com

**Counsel for Plaintiffs Western Axe LLC (d/b/a Mo's House of Axe) and Kedzie Boulevard Café, Inc. (d/b/a Scofflaw)**

*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

16

Brian Murray (*pro hac vice* forthcoming)
Lee Albert (*pro hac vice* forthcoming)
Gregory Linkh  (*pro hac vice* forthcoming)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Tel:    (212) 682-5340
Fax:    (212) 884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com
glinkh@glancylaw.com

*Counsel for Plaintiffs CORBOS DELI
SOUTHSIDE, LLC; and CORBO CORNER
DELI, WEST LLC, and PATTIBAKES LLC*


*/s/ Garrett D. Blanchfield*
Garrett D. Blanchfield
Brant D. Penney
**REINHARDT WENDORF &
BLANCHFIELD**
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Telephone: (651) 287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfim.com

*Counsel for Plaintiff Sandra Kluessendorf*


*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

17

Bryan L. Clobes (pro hac vice forthcoming)
Ellen Meriwether (pro hac vice forthcoming)
Daniel J. Herrera (pro hac vice forthcoming)
Mohammed Rathur (pro hac vice forthcoming)
**CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
T: (312) 782-4880
bclobes@caffertyclobes.com
emeriwether@caffertyclobes.com
dherrera@caffertyclobes.com
mrathur@caffertyclobes.com

***Counsel for Plaintiff Hu-Yu, Inc. (d/b/a City
Wok)***

*/s/ Heidi M. Silton*
Heidi M. Silton
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Tel: (612) 596-4092
E-mail: hmsilton@locklaw.com

David E. Kovel (*pro hac vice* forthcoming)
Thomas W. Elrod (*pro hac vice* forthcoming)
David Bishop (*pro hac vice* forthcoming)
**KIRBY McINERNEY LLP**
250 Park Avenue
Suite 820
New York, NY 10177
Tel: (212) 371-6600
E-mail: dkovel@kmllp.com
telrod@kmllp.com

Anthony F. Fata (*pro hac vice* forthcoming)
Anthony E. Maneiro (*pro hac vice* forthcoming)
**KIRBY McINERNEY LLP**
211 West Wacker Drive, Suite 550
Chicago, IL 60606

18

Tel.: (312) 767-5180
Email: afata@kmllp.com
amaneiro@kmllp.com

**Counsel for Plaintiff King Kullen Grocery Co., Inc.**

*/s/ Matthew W. Ruan*
Matthew W. Ruan (MN #033909X)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
mruan@fklmlaw.com

*/s/ Stuart G. Gross*
Stuart G. Gross
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
sgross@grosskleinlaw.com

**Counsel for Plaintiff Piala LLC**

*/s/ Jon A. Tostrud*
Jon A. Tostrud (MN Bar No. 199502)
Anthony M. Carter (*pro hac vice forthcoming*)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

Don Barrett (*pro hac vice forthcoming*)
Sarah Sterling Aldridge (*pro hac vice forthcoming*)

19

Katherine Barrett Riley (*pro hac vice forthcoming*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
Telephone: (662) 834-9168
Facsimile: (662) 834-2628
donbarrettpa@gmail.com
saldridge@barrettlawgroup.com
kbriley@barrettlawgroup.com

J. Barton Goplerud (*pro hac vice forthcoming*)
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com

*Counsel for Plaintiffs Quarterback Club and Glady's Restaurant, LLC (d/b/a Gladys')*

s/ Vildan A. Teske
Vildan A. Teske (MN#241404)
TESKE LAW PLLC
80 South Eighth Street, Suite 900
Minneapolis, MN 55402
Tel: (612) 746-1558
teske@teskelaw.com

Kevin Landau
Archana Tamoshunas
Miles Greaves
TAUS, CEBULASH & LANDAU, LLC
123 Williams St., Suite 1900A
New York, NY 10038
Telephone: (212) 931-0704
klandau@tcllaw.com
atamoshunas@tcllaw.com

20

mgreaves@tcllaw.com

***Counsel for Plaintiff JM Hospitality Group, LLC***

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

***Counsel for Plaintiff UP at 4, Inc. (d/b/a Great Harvest Bread Co. (Duluth, MN))***

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101

Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

J. Barton Goplerud (pro hac vice)
**SHINDELAR, ANDERSON, GOPLERUD &
WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
goplerud@sagwlaw.com

Jon Tostrud (MN#0251768)
Anthony Carter (pro hac vice)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

***Counsel for Plaintiff Wilson Coffee House,
LLC (d/b/a Linden Street Coffee House)***

_/s/ Shawn M. Raiter_
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (_pro hac vice_)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Daniel M. Cohen
Cody McCracken (_pro hac vice_)
Lissa Morgans (_pro hac vice_)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
danielc@cuneolaw.com
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

**_Counsel for Plaintiff Portland Hunt-Alpine Club, LLC_**

_/s/ Shawn M. Raiter_
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (_pro hac vice_)

**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

***Counsel for Plaintiff 2nd Pit LLC***