# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WNT, LLC, *et al.,* | Case No. 24-cv-00959 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| MORELOS BAKERY LLC, | Case No. 24-cv-00966 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| UP AT 4, INC., | Case No. 24-cv-00970 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |

1

| | |
|---|---|
| QUARTERBACK CLUB, *et al.,* | Case No. 24-cv-01017 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| BW-SS, INC., | Case No. 24-cv-01047 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| BOCA BOTANA'S INC., | Case No. 24-cv-01106 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| KING KULLEN GROCERY CO., INC., | Case No. 24-cv-01122 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| RALEIGH GOLDEN, | Case No. 24-cv-01129 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| PIALA LLC, | Case No. 24-cv-01232 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| THE UNION PUBLIC HOUSE, LLC, | Case No. 24-cv-01292 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| AMERICAN SUGAR REFINING, INC., *et al.*, | |
| Defendants. | |
| WILSON COFFEE HOUSE, LLC, | Case No. 24-cv-01322 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| CORBOS DELI SOUTHSIDE, LLC, *et al.,* | Case No. 24-cv-01370 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| NORTHERN FROZEN FOODS, INC., | Case No. 24-cv-01414 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| NINETEENSEVENTYNINE LLC, *et al.,* | Case No. 24-cv-01525 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| TRIPLE ELM COFFEE AND ICE CREAM, LLC, | Case No. 24-cv-01536 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |

MODERN PASTRY SHOP, INC.,

            Plaintiff,

     v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

            Defendants.

Case No. 24-cv-01537 (JMB/ECW)

---

COWBELL GRILL & TAP, LLC, *et al.*,

            Plaintiff,

     v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

            Defendants.

Case No. 24-cv-01539 (JMB/ECW)

---

PORTLAND HUNT-ALPINE CLUB,
LLC,

            Plaintiff,

     v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

            Defendants.

Case No. 24-cv-01560 (JMB/ECW)

WESTERN AXE LLC,                              Case No. 24-cv-01653 (JMB/ECW)

                Plaintiff,

    v.

ASR GROUP INTERNATIONAL, INC., *et al.*,

                Defendants.

---

NATILE INC, *et al.,*                         Case No. 24-cv-01654 (JMB/ECW)

                Plaintiff,

    v.

AMERICAN SUGAR REFINING, INC., *et al.*,

                Defendants.

---

MARY SALAZAR, *et al.*,                       Case No. 24-cv-01847 (JMB/ECW)

                Plaintiff,

    v.

UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE., *et al.*,

                Defendants.

PATTIBAKES LLC,                                    Case No. 24-cv-01847 (JMB/ECW)

                                    Plaintiff,

        v.

AMERICAN SUGAR REFINING, INC.,
*et al.*,

                                      Defendants.

JENNIVEE'S BAKERY, LLC,                            Case No. 24-cv-01848 (JMB/ECW)

                                    Plaintiff,

        v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                                    Defendants.

2nd PITT LLC,                                      Case No. 24-cv-01859 (JMB/ECW)

                                    Plaintiff,

        v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                                    Defendants.

HU-YU, INC. d/b/a CITY WOK,                    Case No. 24-cv-01903 (JMB/ECW)

                Plaintiff,

     v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                Defendants.

---

JM HOSPITALITY GROUP, LLC,                    Case No. 24-cv-01907 (JMB/ECW)

                Plaintiff,

     v.

AMERICAN SUGAR REFINING, INC.,
*et al.*,

                Defendants.

---

KLUESSENDORF,                    Case No. 24-cv-01913 (JMB/ECW)

                Plaintiff,

     v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

                Defendants.

KEDZIE BOULEVARD CAFÉ, INC.,

                Plaintiff,

    v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                Defendants.

Case No. 24-cv-01949 (JMB/ECW)

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' JOINT MOTION TO CONSOLIDATE AND COORDINATE ACTIONS

This complex litigation comprises 28 related antitrust actions filed in this District alleging that Defendants unlawfully conspired to fix, maintain, and raise to supracompetitive levels the price of Granulated Sugar[1] in the United States. These actions include one direct purchaser plaintiff action ("DPP Action"),[2] three consumer indirect purchaser plaintiff actions ("Consumer Action"),[3] and 24 commercial and institutional indirect purchaser plaintiff actions ("CIIPP Actions").[4] The DPP Action, the Consumer Action, and the CIIPP Actions are collectively referred to herein as the "Related Actions."

---

[1] "Granulated Sugar" is ordinary, white, table sugar made from cane sugar or beet sugar.

[2] The DPP Action is *Northern Frozen Foods, Inc. v. United Sugar Producers & Refiners Cooperative, et al.*, Case No. 24-cv-01414 (D. Minn.) ("*Northern*").

[3] The Consumer Actions are *Raleigh Golden v. United Sugar Producers & Refiners Cooperative, et al.*, Case No. 24-cv-01129 (D. Minn.) ("*Golden*"); *Salazar v. United Sugar Producers & Refiners Cooperative, et al.*, Case No. 24-cv-01847 (JMB/ECW) (D. Minn.) ("*Salazar*"); and *Kluessendorf v. United Sugar Producers & Refiners Cooperative, et al.*, Case No. 24-cv-01913 (JMB/ECW) (D. Minn.) ("*Kluessendorf*").

[4] The CIIPP Actions are: (1) *WNT, LLC, et al. v. United Sugar Producers & Refiners Cooperative, et al.*, Case No. 24-cv-00959 (D. Minn.) ("*WNT*"); (2) *Morelos Bakery LLC*

Plaintiffs respectfully move pursuant to Federal Rule of Civil Procedure 42(a) for

an order consolidating the cases within each track and coordinating all the tracks. Plaintiffs

---

*v. United Sugar Producers & Refiners Cooperative, et al.,* Case No. 24-cv-00966 (D. Minn.); (3) *Up at 4, Inc. v. ASR Group International, Inc., et al.*, Case No. 24-cv-00970 (D. Minn.); (4) *Quarterback Club, et al. v. ASR Group International, Inc., et al.*, Case No. 24-cv-01017 (D. Minn.); (5) *BW-SS, Inc. v. ASR Group International, Inc., et al.*, Case No. 24-cv-01047 (D. Minn.); (6) *Boca Botana's Inc. v. United Sugar Producers & Refiners Cooperative, et al.,* Case No. 24-cv-01106 (D. Minn.); (7) *King Kullen Grocery Co., Inc. v. ASR Group International, Inc., et al.,* Case No. 24-cv-01122 (D. Minn.); (8) *Piala LLC v. United Sugar Producers & Refiners Cooperative, et al.,* Case No. 24-cv-01232 (D. Minn.); (9) *The Union Public House, LLC v. American Sugar Refining, Inc., et al.,* Case No. 24-cv-01292 (D. Minn.); (10) *Wilson Coffee House, LLC v. ASR Group International, Inc., et al.,* Case No. 24-cv-01322 (D. Minn.); (11) *Corbos Deli Southside, LLC, et al. v. United Sugar Producers & Refiners Cooperative, et al.,* Case No. 24-cv-01370 (D. Minn.); (12) *Nineteenseventynine LLC, et al. v. ASR Group International, Inc., et al.,* Case No. 24-cv-01525 (D. Minn.); (13) *Triple Elm Coffee and Ice Cream, LLC v. United Sugar Producers & Refiners Cooperative, et al.,* Case No. 24-cv-01536 (D. Minn.); (14) *Modern Pastry Shop, Inc. v. United Sugar Producers & Refiners Cooperative, et al.,* Case No. 24-cv-01537 (D. Minn.); (15) *Cowbell Grill & Tap, LLC, et al. v. United Sugar Producers & Refiners Cooperative, et al.,* Case No. 24-cv-01539 (D. Minn.); (16) *Portland Hunt-Alpine Club, LLC v. ASR Group International, Inc.,* Case No. 24-cv-01560 (D. Minn.); (17) *Western Axe LLC v. ASR Group International, Inc., et al.,* Case No. 24-cv-01653 (D. Minn.); (18) *Natile Inc., et al. v. American Sugar Refining, Inc., et al.,* Case No. 24-cv-01654 (D. Minn.); *Pattibakes LLC v. American Sugar Refining, Inc., et al.*, Case No. 24-cv-01812 (D. Minn.); *Jennivee's Bakery, LLC v. ASR Group International, Inc., et al.*, Case No. 24-cv- 01848 (D. Minn.); *2nd Pitt LLC, v. ASR Group International, Inc., et al.*, Case No. 24-cv-01859 (D. Minn.); *Hu-Yu, Inc. d/b/a City Wok v. ASR Group International, Inc., et al.*, Case No. 24-cv-01903 (D. Minn.); *JM Hospitality Group, LLC, v. American Sugar Refining, Inc., et al.*, Case No. 24-cv-01907 (D. Minn.); and *Kedzie Boulevard Café, Inc. v. ASR Group International, Inc., et al.*, Case No. 24-cv-01949 (D. Minn.). Counsel for all of these actions join this motion with the exception of the following three cases: 1) *Triple Elm Coffee and Ice Cream, LLC v. United Sugar Producers & Refiners Cooperative, et al.,* Case No. 24-cv-01536 (D. Minn.); (2) *Modern Pastry Shop, Inc. v. United Sugar Producers & Refiners Cooperative, et al.,* Case No. 24-cv-01537 (D. Minn.); and (3) *Cowbell Grill & Tap, LLC, et al. v. United Sugar Producers & Refiners Cooperative, et al.,* Case No. 24-cv-01539 (D. Minn.). Filing counsel reached out to counsel for these three actions to inquire whether they would join this motion but were unsuccessful. Filing counsel believes these three actions are appropriate for consolidation with the other cases but have not been able to confirm their joinder in this motion.

in each Related Action consent to this motion, and Defendants take no position on this motion at this time but reserve the right to respond in due course once this motion is filed.

## I.   BACKGROUND

The Related Actions are substantially similar and involve the same nucleus of operative facts.[5] Each complaint defines a class that includes purchasers of Granulated Sugar in the United States, with the DPP Action filing on behalf of entities that purchased directly from the Producer Defendants[6] or any of their co-conspirators,[7] the Consumer Action filing on behalf of a class of consumers that purchased indirectly for their personal use and not for resale,[8] and the CIIPP Actions filing on behalf of businesses or organizations  who indirectly purchased Granulated Sugar for use in commercial food and beverage preparation and product manufacturing or production..[9]

The complaints assert similar factual allegations and legal claims: the Producer Defendants, the largest players in the domestic Granulated Sugar market, exchanged information – directly and indirectly – regarding competitively sensitive metrics in order

---

[5] As the Related Actions assert similar claims, for reference, Plaintiffs will cite to the first complaint filed in each proposed track: *Northern* for the DPP Action; *Golden* for the Consumer Action; and *WNT* for the CIIPP Actions.

[6] The Producer Defendants are the largest players in the domestic Granulated Sugar market, including United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation; American Sugar Refining, Inc.; ASR Group International, Inc.; Domino Foods, Inc.; Cargill, Inc.; and/or Michigan Sugar Company. Not all of the Related Actions name Cargill, Inc. as a defendant.

[7] *Northern* Compl. ¶ 82.

[8] *Golden* Compl. ¶¶ 77-78.

[9] *See, e.g., WNT* Compl. ¶¶ 76-77.

to avoid price competition and to fix prices at supracompetitive levels.[10] They further allege that the Producer Defendants shared and received information through Commodity Information, Inc., and its principal and industry analyst Richard Wistisen.[11] They allege that instead of using this competitively sensitive information to undercut each other on price and overtake market share, they use the information as reassurance that cartel members are adhering to the conspiracy and declining to pursue the market share of other members.[12] They allege that this conspiracy allows the Producer Defendants to artificially raise, fix, maintain, or stabilize prices of Granulated Sugar at supracompetitive levels, resulting in Plaintiffs and members of the Classes paying supracompetitive prices for Granulated Sugar in the United States.[13]

Based on these allegations, each Related Action asserts causes of action for violations of Section 1 of the Sherman Act (15 U.S.C. § 1),[14] and each indirect purchaser action also alleges that these practices violated state laws.[15] Some actions also allege violation of Section 3 of the Sherman Act (15 U.S.C. § 3).[16]

## II.   ARGUMENT

---

[10] *See, e.g., Northern* Compl. ¶ 4; *Golden* Compl. ¶ 2; *WNT* Compl. ¶¶ 2-3.

[11] *See, e.g., Northern* Compl. ¶¶ 2, 5; *Golden* Compl. ¶¶ 3-4; *WNT* Compl. ¶¶ 3, 21-22 .

[12] *See, e.g., Northern* Compl.  ¶ 6; *Golden* Compl. ¶¶ 41; *WNT* Compl. ¶ 48.

[13] *See, e.g., Northern* Complaint ¶ 7; *Golden* Complaint ¶¶ 4-5; *WNT* Complaint ¶ 4.

[14] *See, e.g., Northern* Complaint ¶¶ 96-103; *Golden* Complaint ¶¶ 95-104; *WNT* Complaint ¶¶ 94-99.

[15] *See, e.g., Golden* Complaint ¶¶ 105-179; *WNT* Complaint ¶¶ 100-166.

[16] *See, e.g., Northern* Complaint ¶¶ 96-103.

Federal Rule of Civil Procedure 42(a) provides a district court with three options when actions involve a common question of law or fact: (1) the court may join for hearing or trial any or all matters at issue in the actions; (2) the court may consolidate the actions; or (3) the court may issue any other orders to avoid unnecessary cost or delay. *See* Fed. R. Civ. P. 42(a). The district court is given this discretion "as a matter of convenience and economy in judicial administration," and in consideration of the time, efforts, and expenses that can be saved, "district courts generally take a favorable view of consolidation." 9 Charles A. Wright & Arthur R. Miller, *Federal Practice & Procedure* § 2383 (2d ed.1994).

In considering consolidation, a court should thoughtfully weigh the risks of prejudice and possible confusion in a single lawsuit versus the risk of inconsistent adjudications of common factual and legal issues in multiple lawsuits, as well as the relative burdens, lengths of time, and expenses associated with a single lawsuit versus multiple lawsuits. *See Chill v. Green Tree Financial Corp.,* 181 F.R.D. 398, 405 (D. Minn. 1998) (citations omitted). Given the significant overlap of factual and legal issues in these cases, all these factors weigh strongly in favor of consolidation of cases within each track, and coordination of the tracks.

As described above, all the Related Actions arise from the same nucleus of operative facts, name substantially the same defendants, and assert substantially similar claims for relief. Additionally, as also described above, each Related Action seeks relief on behalf of one or more proposed classes. One seeks relief on behalf of all DPPs, another seeks relief on behalf of all Consumers, and the rest seek relief on behalf of all CIIPPs. Furthermore, all the cases have been assigned, or reassigned based on related case principles, to Judge

14

Jeffrey Bryan and Magistrate Judge Elizabeth Cowan Wright. This will likely be true for all additional cases related to Granulated Sugar pricing that are subsequently filed in or transferred to this Court. In light of this, all pending and subsequently filed cases should be consolidated into three separate tracks – a DPP track, a Consumer track, and a CIIPP track – and those tracks should be coordinated with each other.

The likelihood of prejudice or confusion from proceeding with a single track for each category of plaintiffs, and coordinating all of the tracks, is low when considering that the same facts and theories are being pursued against the same defendants by similar classes of plaintiffs in twenty separate lawsuits that are all in their preliminary stages. To the contrary, a single lawsuit will avoid the prejudice and confusion that would be caused if inconsistent adjudications were entered on common factual and legal issues in each case. *See In re Pork Antitrust Litig.,* No. 18-cv-01776-JRT-HB, 2021 WL 5310590, at *3 (D. Minn. Nov. 14, 2021) ("A consolidated case will decrease the risk that the Court will inadvertently enter conflicting or inconsistent rulings and, if the Court were to do so, centralizes and simplifies resolution of these issues.").

Burdens likewise would be significantly reduced with consolidation and coordination. The parties and the Court could avoid twenty separate sets of case management orders, twenty separate sets of status conferences, twenty separate sets of scheduling orders, twenty separate sets of discovery disputes, and twenty separate trials. Judge Tunheim succinctly described the reduction of burdens when consolidating cases in the *Pork* litigation:

> Consolidation will reduce the problems posed by having the

cases on separate dockets while addressing both similar and identical issues on each docket. The parties and the Court will generally need to only file in one centralized place and will not have to deal with making minor changes to satisfy the different case numbers. The parties, affected nonparties, and the Court will generally need only follow developments on one unified docket. This unified docket reduces the risk of a party or the Court making a filing error, eliminating the need for additional proceedings to address these issues and the risk of increased costs or prejudice affecting resolution of the cases on the merits. A consolidated case will decrease the risk that the Court will inadvertently enter conflicting or inconsistent rulings and, if the Court were to do so, centralizes and simplifies resolution of these issues. Finally, as the parties supporting consolidation note, a protective order applicable in one case would not necessarily apply in the other case, potentially increasing the burdens on parties and nonparties and the legal risks to parties.

*Id.*

In sum, the consolidated and coordinated structure proposed by Plaintiffs will result in consistent adjudication, reduced burden, and less time and expense. It will "secure the just, speedy, and inexpensive determination of every action and proceeding," as encouraged by the very first, and arguably the most important, rule of civil procedure. *See* Fed. R. Civ. P. 1.

In line with these principles, Plaintiffs' proposed order outlines for the Court's consideration streamlined procedures for: (1) bringing subsequently filed actions to the attention of the Court so those actions can be automatically consolidated and coordinated with pending actions unless objections are filed; (2) creating and maintaining a master docket for filing in all actions; (3) handling appearances and admissions for counsel in the consolidated and coordinated actions; (4) accepting service of complaints in the consolidated and coordinated actions; and (5) setting an initial case schedule.

### III.    CONCLUSION

For the above-stated reasons, Plaintiffs respectfully request that this Court consolidate the actions currently within each track and any similar subsequently filed cases, coordinate the tracks with each other, streamline procedures for counsel appearances, admissions, and service of the complaint, and enter a preliminary schedule.

Respectfully submitted,

DATED:  May 29, 2024

*/s/ Daniel C. Hedlund*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Anthony J. Stauber (#0401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

Dianne M. Nast
Daniel N. Gallucci
Joseph N. Roda
Michele S. Burkholder
Michael S. Tarringer
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Tel: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com
dgallucci@nastlaw.com
jnroda@nastlaw.com

mburkholder@nastlaw.com
mtarringer@nastlaw.com

Christopher V. Le
Brian P. Drockton
**BOIESBATTIN LLP**
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704
cle@boiesbattin.com
bdrockton@boiesbattin.com

Kenneth A. Wexler (admitted *pro hac vice*)
Justin N. Boley (admitted *pro hac vice*)
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Dr., Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com

Adam J. Zapala (admitted *pro hac vice*)
Elizabeth Castillo (admitted *pro hac vice*)
James G.B. Dallal (admitted *pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (admitted *pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street, Ste. 602
New York, NY 10013
Tel: (212) 201-6820
abarnett@cpmlegal.com

***Counsel for Plaintiff Northern Haserot***

18

/s/ Bobby Pouya
Bobby Pouya
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
T: (818) 788-8300
F: (818) 788-8104
bpouya@pwfirm.com

***Counsel for Consumer Class Plaintiffs
Raleigh Golden, Mary Salazar, Liana Britt,
Kimberly Rybarczyk, Amanda Boardman, and
Virginia Smith***

/s/ Kellie Lerner
Kellie Lerner
Ben Steinberg
Ellen Jalkut
Laura Song
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY  10019
Tel: (212) 980-7400
Fax: (212) 980-7499
klerner@robinskaplan.com
bsteinberg@robinskaplan.com
ejalkut@robinskaplan.com
lsong@robinskaplan.com

***Counsel for Plaintiffs Natile, Inc., Red Star
Diner, Inc., The Coffee Bean LLC, Morelos
Bakery LLC, WNT, LLC, and WNT
Farmington LLC***

/s/ Kimberly A. Justice
Kimberly A. Justice
Jonathan M. Jagher
**FREED KANNER LONDON
& MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428

Telephone: (610) 234-6486
kjustice@fklmlaw.com
jjagher@fklmlaw.com

Matthew W. Ruan
Douglas A. Millen
Michael E. Moskovitz
**FREED KANNER LONDON
& MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

*Counsel for Plaintiffs WNT, LLC and WNT
Farmington, LLC*

*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

*Counsel for Plaintiff Morelos Bakery LLC*

*/s/ David M. Cialkowski*
David M. Cialkowski (MN# 0306526)
Ian F. McFarland (MN# 0392900)
Zachary J. Freese (MN# 0402252)
**ZIMMERMAN REED, LLP**
1100 IDS Center
80 S. 8th St.

Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com
zachary.freese@zimmreed.com

***Counsel for Plaintiffs BW-SS, Inc.,
Nineteenseventynine LLC, Sublime Surprise,
LLC, and Jennivee's Bakery, LLC***


*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

W. Cameron Stephenson
Matthew D. Schultz
**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel: (850) 435-7176
Fax: (850) 436-6176
cstephenson@levinlaw.com
mschultz@levinlaw.com

***Counsel for Plaintiff THE UNION PUBLIC
HOUSE, LLC***


*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)

21

Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Jeffrey B. Gittleman
Meghan J. Talbot
Zachary A. Pogust
**POGUST GOODHEAD LLC**
161 Washington Street, Suite 250
Conshohocken, PA 19428
Telephone: (610) 941-4204
jgittleman@pogustgoodhead.com
mtalbot@pogustgoodhead.com
zpogust@pogustgoodhead.com

Kevin I. Goldberg
**GOLDBERG LAW, LLC**
401 Salk Circle
Gaithersburg, MD 20878
Telephone: (301) 343-5817
kg@goldberglaw.info

*Counsel for Plaintiff BOCA BOTANA'S INC.*


*/s/ Anne T. Regan*
Anne T. Regan (MN #0333852)
Nathan D. Prosser (MN #0329745)
Brian W. Nelson (MN #0398481)
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, Minnesota  55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
aregan@hjlawfirm.com

nprosser@hjlawfirm.com
bwnelson@hjlawfirm.com

Daniel Zemans (pro hac vice forthcoming)
**LAW OFFICES OF DANIEL ZEMANS, LLC**
2023 W. Berteau Ave.
Chicago, IL 60618
Phone: (773) 706-7767
dzemans@zemans-law.com

***Counsel for Plaintiffs Western Axe LLC (d/b/a Mo's House of Axe) and Kedzie Boulevard Café, Inc. (d/b/a Scofflaw)***


*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Brian Murray (*pro hac vice* forthcoming)
Lee Albert (*pro hac vice* forthcoming)
Gregory Linkh  (*pro hac vice* forthcoming)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Tel:    (212) 682-5340
Fax:    (212) 884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com
glinkh@glancylaw.com

*Counsel for Plaintiffs CORBOS DELI SOUTHSIDE, LLC; and CORBO CORNER DELI, WEST LLC, and PATTIBAKES LLC*

*/s/ Garrett D. Blanchfield*
Garrett D. Blanchfield
Brant D. Penney
**REINHARDT WENDORF & BLANCHFIELD**
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Telephone: (651) 287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfim.com

*Counsel for Plaintiff Sandra Kluessendorf*

*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Bryan L. Clobes (pro hac vice forthcoming)
Ellen Meriwether (pro hac vice forthcoming)
Daniel J. Herrera (pro hac vice forthcoming)
Mohammed Rathur (pro hac vice forthcoming)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
T: (312) 782-4880
bclobes@caffertyclobes.com
emeriwether@caffertyclobes.com

dherrera@caffertyclobes.com
mrathur@caffertyclobes.com

***Counsel for Plaintiff Hu-Yu, Inc. (d/b/a City Wok)***


*/s/ Heidi M. Silton*
Heidi M. Silton
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Tel: (612) 596-4092
E-mail: hmsilton@locklaw.com

David E. Kovel (*pro hac vice* forthcoming)
Thomas W. Elrod (*pro hac vice* forthcoming)
David Bishop (*pro hac vice* forthcoming)
**KIRBY McINERNEY LLP**
250 Park Avenue
Suite 820
New York, NY 10177
Tel: (212) 371-6600
E-mail: dkovel@kmllp.com
telrod@kmllp.com

Anthony F. Fata (*pro hac vice* forthcoming)
Anthony E. Maneiro (*pro hac vice* forthcoming)
**KIRBY McINERNEY LLP**
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel.: (312) 767-5180
Email: afata@kmllp.com
amaneiro@kmllp.com

***Counsel for Plaintiff King Kullen Grocery Co., Inc.***


*/s/ Matthew W. Ruan*
Matthew W. Ruan (MN #033909X)
**FREED KANNER LONDON & MILLEN LLC**

100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
mruan@fklmlaw.com

*/s/ Stuart G. Gross*
Stuart G. Gross
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
sgross@grosskleinlaw.com

**Counsel for Plaintiff Piala LLC**


*/s/ Jon A. Tostrud*
Jon A. Tostrud (MN Bar No. 199502)
Anthony M. Carter (*pro hac vice forthcoming*)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

Don Barrett (*pro hac vice forthcoming*)
Sarah Sterling Aldridge (*pro hac vice forthcoming*)
Katherine Barrett Riley (*pro hac vice forthcoming*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
Telephone: (662) 834-9168
Facsimile: (662) 834-2628
donbarrettpa@gmail.com
saldridge@barrettlawgroup.com
kbriley@barrettlawgroup.com

26

J. Barton Goplerud (*pro hac vice forthcoming*)
**SHINDLER, ANDERSON, GOPLERUD &
WEESE, P.C.**
5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com

***Counsel for Plaintiffs Quarterback Club and
Glady's Restaurant, LLC (d/b/a Gladys')***


s/ Vildan A. Teske
Vildan A. Teske (MN#241404)
TESKE LAW PLLC
80 South Eighth Street, Suite 900
Minneapolis, MN 55402
Tel: (612) 746-1558
teske@teskelaw.com

Kevin Landau
Archana Tamoshunas
Miles Greaves
TAUS, CEBULASH & LANDAU, LLC
123 Williams St., Suite 1900A
New York, NY 10038
Telephone: (212) 931-0704
klandau@tcllaw.com
atamoshunas@tcllaw.com
mgreaves@tcllaw.com

***Counsel for Plaintiff JM Hospitality Group,
LLC***


*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101

27

Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

***Counsel for Plaintiff UP at 4, Inc. (d/b/a Great Harvest Bread Co. (Duluth, MN))***


*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Cody McCracken (*pro hac vice*)

28

Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

J. Barton Goplerud (pro hac vice)
**SHINDELAR, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
goplerud@sagwlaw.com

Jon Tostrud (MN#0251768)
Anthony Carter (pro hac vice)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

*Counsel for Plaintiff Wilson Coffee House, LLC (d/b/a Linden Street Coffee House)*

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive

Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Daniel M. Cohen
Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
danielc@cuneolaw.com
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

*Counsel for Plaintiff Portland Hunt-Alpine Club, LLC*

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200

30

Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

***Counsel for Plaintiff 2nd Pit LLC***