## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WNT, LLC, *et al.*,<br><br>     Plaintiff,<br><br> v.<br><br>UNITED SUGAR PRODUCERS &<br>REFINERS COOPERATIVE, *et al.*,<br><br>     Defendants. | Case No. 24-cv-00959 (JMB/ECW) |
| MORELOS BAKERY LLC,<br><br>     Plaintiff,<br><br> v.<br><br>UNITED SUGAR PRODUCERS &<br>REFINERS COOPERATIVE, *et al.*,<br><br>     Defendants. | Case No. 24-cv-00966 (JMB/ECW) |
| UP AT 4, INC.,<br><br>     Plaintiff,<br><br> v.<br><br>ASR GROUP INTERNATIONAL, INC.,<br>*et al.*,<br><br>     Defendants. | Case No. 24-cv-00970 (JMB/ECW) |

| | |
|---|---|
| QUARTERBACK CLUB, *et al.,* | Case No. 24-cv-01017 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| BW-SS, INC., | Case No. 24-cv-01047 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| BOCA BOTANA'S INC., | Case No. 24-cv-01106 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |

KING KULLEN GROCERY CO., INC.,                    Case No. 24-cv-01122 (JMB/ECW)

               Plaintiff,

     v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

               Defendants.

RALEIGH GOLDEN,                                   Case No. 24-cv-01129 (JMB/ECW)

               Plaintiff,

     v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

               Defendants.

PIALA LLC,                                        Case No. 24-cv-01232 (JMB/ECW)

               Plaintiff,

     v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE, *et al.*,

               Defendants.

| | |
|---|---|
| THE UNION PUBLIC HOUSE, LLC, | Case No. 24-cv-01292 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| AMERICAN SUGAR REFINING, INC., *et al.*, | |
| Defendants. | |
| WILSON COFFEE HOUSE, LLC, | Case No. 24-cv-01322 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| CORBOS DELI SOUTHSIDE, LLC, *et al.,* | Case No. 24-cv-01370 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |

4

| | |
|---|---|
| NORTHERN FROZEN FOODS, INC., | Case No. 24-cv-01414 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| NINETEENSEVENTYNINE LLC, *et al.*, | Case No. 24-cv-01525 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| TRIPLE ELM COFFEE AND ICE CREAM, LLC, | Case No. 24-cv-01536 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| MODERN PASTRY SHOP, INC., | Case No. 24-cv-01537 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| COWBELL GRILL & TAP, LLC, *et al.*, | Case No. 24-cv-01539 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |
| PORTLAND HUNT-ALPINE CLUB, LLC, | Case No. 24-cv-01560 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |

6

WESTERN AXE LLC,                                    Case No. 24-cv-01653 (JMB/ECW)

                  Plaintiff,

       v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                  Defendants.

---

NATILE INC, *et al.,*                               Case No. 24-cv-01654 (JMB/ECW)

                  Plaintiff,

       v.

AMERICAN SUGAR REFINING, INC.,
*et al.*,

                  Defendants.

---

MARY SALAZAR, *et al.*,                             Case No. 24-cv-01847 (JMB/ECW)

                  Plaintiff,

       v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE., *et al.*,

                  Defendants.

PATTIBAKES LLC,                                    Case No. 24-cv-01847 (JMB/ECW)

                  Plaintiff,

     v.

AMERICAN SUGAR REFINING, INC.,
*et al.*,

                  Defendants.

---

JENNIVEE'S BAKERY, LLC,                            Case No. 24-cv-01848 (JMB/ECW)

                  Plaintiff,

     v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                  Defendants.

---

2nd PITT LLC,                                      Case No. 24-cv-01859 (JMB/ECW)

                  Plaintiff,

     v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                  Defendants.

| | |
|---|---|
| HU-YU, INC. d/b/a CITY WOK, | Case No. 24-cv-01903 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| ASR GROUP INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| JM HOSPITALITY GROUP, LLC, | Case No. 24-cv-01907 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| AMERICAN SUGAR REFINING, INC., *et al.*, | |
| Defendants. | |
| KLUESSENDORF, | Case No. 24-cv-01913 (JMB/ECW) |
| Plaintiff, | |
| v. | |
| UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE, *et al.*, | |
| Defendants. | |

KEDZIE BOULEVARD CAFÉ, INC.,             Case No. 24-cv-01949 (JMB/ECW)

                     Plaintiff,

      v.

ASR GROUP INTERNATIONAL, INC.,
*et al.*,

                     Defendants.

## MEET AND CONFER STATEMENT

Pursuant to Local Rule 7.1(a), Plaintiffs' hereby state that their counsel met and conferred with counsel for Defendants via email on May 23, 24, and 28, 2024, regarding this Motion to Consolidate and Coordinate Actions. Available counsel for Defendants took no position at this time on the relief sought in Plaintiffs' motion. Defendants indicated they would respond in due course after the motion is filed.

                                 Respectfully submitted,

DATED:  May 29, 2024         */s/ Daniel C. Hedlund*
                               Daniel E. Gustafson (#202241)
                               Daniel C. Hedlund (#258337)
                               Michelle J. Looby (#0388166)
                               Joshua J. Rissman (#0391500)
                               Anthony J. Stauber (#0401093)
                               **GUSTAFSON GLUEK PLLC**
                               Canadian Pacific Plaza
                               120 So. Sixth Street, Suite 2600
                               Minneapolis, MN 55402
                               Tel: (612) 333-8844
                               Fax: (612) 339-6622
                               dgustafson@gustafsongluek.com
                               dhedlund@gustafsongluek.com
                               mlooby@gustafsongluek.com

jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

Dianne M. Nast
Daniel N. Gallucci
Joseph N. Roda
Michele S. Burkholder
Michael S. Tarringer
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Tel: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com
dgallucci@nastlaw.com
jnroda@nastlaw.com
mburkholder@nastlaw.com
mtarringer@nastlaw.com

Christopher V. Le
Brian P. Drockton
**BOIESBATTIN LLP**
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704
cle@boiesbattin.com
bdrockton@boiesbattin.com

Kenneth A. Wexler (admitted *pro hac vice*)
Justin N. Boley (admitted *pro hac vice*)
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Dr., Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com

Adam J. Zapala (admitted *pro hac vice*)
Elizabeth Castillo (admitted *pro hac vice*)
James G.B. Dallal (admitted *pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200

11

Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (admitted *pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street, Ste. 602
New York, NY 10013
Tel: (212) 201-6820
abarnett@cpmlegal.com

***Counsel for Plaintiff Northern Haserot***


*/s/ Bobby Pouya*
Bobby Pouya
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
T: (818) 788-8300
F: (818) 788-8104
bpouya@pwfirm.com

***Counsel for Consumer Class Plaintiffs
Raleigh Golden, Mary Salazar, Liana Britt,
Kimberly Rybarczyk, Amanda Boardman, and
Virginia Smith***


*/s/ Kellie Lerner*
Kellie Lerner
Ben Steinberg
Ellen Jalkut
Laura Song
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY  10019
Tel: (212) 980-7400
Fax: (212) 980-7499
klerner@robinskaplan.com
bsteinberg@robinskaplan.com

12

ejalkut@robinskaplan.com
lsong@robinskaplan.com

***Counsel for Plaintiffs Natile, Inc., Red Star Diner, Inc., The Coffee Bean LLC, Morelos Bakery LLC, WNT, LLC, and WNT Farmington LLC***


/s/ Kimberly A. Justice
Kimberly A. Justice
Jonathan M. Jagher
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486
kjustice@fklmlaw.com
jjagher@fklmlaw.com

Matthew W. Ruan
Douglas A. Millen
Michael E. Moskovitz
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

***Counsel for Plaintiffs WNT, LLC and WNT Farmington, LLC***


/s/ Heidi M. Silton
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

***Counsel for Plaintiff Morelos Bakery LLC***


*/s/ David M. Cialkowski*
David M. Cialkowski (MN# 0306526)
Ian F. McFarland (MN# 0392900)
Zachary J. Freese (MN# 0402252)
**ZIMMERMAN REED, LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com
zachary.freese@zimmreed.com

***Counsel for Plaintiffs BW-SS, Inc.,
Nineteenseventynine LLC, Sublime Surprise,
LLC, and Jennivee's Bakery, LLC***


*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

W. Cameron Stephenson
Matthew D. Schultz

14

**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel: (850) 435-7176
Fax: (850) 436-6176
cstephenson@levinlaw.com
mschultz@levinlaw.com

*Counsel for Plaintiff THE UNION PUBLIC
HOUSE, LLC*


*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Jeffrey B. Gittleman
Meghan J. Talbot
Zachary A. Pogust
**POGUST GOODHEAD LLC**
161 Washington Street, Suite 250
Conshohocken, PA 19428
Telephone: (610) 941-4204
jgittleman@pogustgoodhead.com
mtalbot@pogustgoodhead.com
zpogust@pogustgoodhead.com

Kevin I. Goldberg
**GOLDBERG LAW, LLC**
401 Salk Circle
Gaithersburg, MD 20878
Telephone: (301) 343-5817

15

kg@goldberglaw.info

**Counsel for Plaintiff BOCA BOTANA'S INC.**


/s/ Anne T. Regan
Anne T. Regan (MN #0333852)
Nathan D. Prosser (MN #0329745)
Brian W. Nelson (MN #0398481)
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, Minnesota  55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
aregan@hjlawfirm.com
nprosser@hjlawfirm.com
bwnelson@hjlawfirm.com

Daniel Zemans (pro hac vice forthcoming)
**LAW OFFICES OF DANIEL ZEMANS, LLC**
2023 W. Berteau Ave.
Chicago, IL 60618
Phone: (773) 706-7767
dzemans@zemans-law.com

**Counsel for Plaintiffs Western Axe LLC (d/b/a Mo's House of Axe) and Kedzie Boulevard Café, Inc. (d/b/a Scofflaw)**


/s/ Heidi M. Silton
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

16

Brian Murray (*pro hac vice* forthcoming)
Lee Albert (*pro hac vice* forthcoming)
Gregory Linkh  (*pro hac vice* forthcoming)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Tel:    (212) 682-5340
Fax:    (212) 884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com
glinkh@glancylaw.com

*Counsel for Plaintiffs CORBOS DELI*
*SOUTHSIDE, LLC; and CORBO CORNER*
*DELI, WEST LLC, and PATTIBAKES LLC*


/s/ Garrett D. Blanchfield
Garrett D. Blanchfield
Brant D. Penney
**REINHARDT WENDORF &**
**BLANCHFIELD**
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Telephone: (651) 287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfim.com

*Counsel for Plaintiff Sandra Kluessendorf*


/s/ Heidi M. Silton
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com

17

jcbourne@locklaw.com

Bryan L. Clobes (pro hac vice forthcoming)
Ellen Meriwether (pro hac vice forthcoming)
Daniel J. Herrera (pro hac vice forthcoming)
Mohammed Rathur (pro hac vice forthcoming)
**CAFFERTY CLOBES MERIWETHER &**
**SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
T: (312) 782-4880
bclobes@caffertyclobes.com
emeriwether@caffertyclobes.com
dherrera@caffertyclobes.com
mrathur@caffertyclobes.com

***Counsel for Plaintiff Hu-Yu, Inc. (d/b/a City***
***Wok)***


*/s/ Heidi M. Silton*
Heidi M. Silton
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Tel: (612) 596-4092
E-mail: hmsilton@locklaw.com

David E. Kovel (*pro hac vice* forthcoming)
Thomas W. Elrod (*pro hac vice* forthcoming)
David Bishop (*pro hac vice* forthcoming)
**KIRBY McINERNEY LLP**
250 Park Avenue
Suite 820
New York, NY 10177
Tel: (212) 371-6600
E-mail: dkovel@kmllp.com
telrod@kmllp.com

Anthony F. Fata (*pro hac vice* forthcoming)
Anthony E. Maneiro (*pro hac vice* forthcoming)
**KIRBY McINERNEY LLP**
211 West Wacker Drive, Suite 550

18

Chicago, IL 60606
Tel.: (312) 767-5180
Email: afata@kmllp.com
amaneiro@kmllp.com

**Counsel for Plaintiff King Kullen Grocery Co., Inc.**


*/s/ Matthew W. Ruan*
Matthew W. Ruan (MN #033909X)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
mruan@fklmlaw.com

*/s/ Stuart G. Gross*
Stuart G. Gross
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
sgross@grossskleinlaw.com

**Counsel for Plaintiff Piala LLC**


*/s/ Jon A. Tostrud*
Jon A. Tostrud (MN Bar No. 199502)
Anthony M. Carter (*pro hac vice forthcoming*)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

Don Barrett (*pro hac vice forthcoming*)

19

Sarah Sterling Aldridge (*pro hac vice forthcoming*)
Katherine Barrett Riley (*pro hac vice forthcoming*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
Telephone: (662) 834-9168
Facsimile: (662) 834-2628
donbarrettpa@gmail.com
saldridge@barrettlawgroup.com
kbriley@barrettlawgroup.com

J. Barton Goplerud (*pro hac vice forthcoming*)
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com

*Counsel for Plaintiffs Quarterback Club and Glady's Restaurant, LLC (d/b/a Gladys')*

s/ Vildan A. Teske
Vildan A. Teske (MN#241404)
TESKE LAW PLLC
80 South Eighth Street, Suite 900
Minneapolis, MN 55402
Tel: (612) 746-1558
teske@teskelaw.com

Kevin Landau
Archana Tamoshunas
Miles Greaves
TAUS, CEBULASH & LANDAU, LLC
123 Williams St., Suite 1900A
New York, NY 10038
Telephone: (212) 931-0704

20

klandau@tcllaw.com
atamoshunas@tcllaw.com
mgreaves@tcllaw.com

***Counsel for Plaintiff JM Hospitality Group,
LLC***

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

***Counsel for Plaintiff UP at 4, Inc. (d/b/a Great
Harvest Bread Co. (Duluth, MN))***

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800

21

St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

J. Barton Goplerud (pro hac vice)
**SHINDELAR, ANDERSON, GOPLERUD &
WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
goplerud@sagwlaw.com

Jon Tostrud (MN#0251768)
Anthony Carter (pro hac vice)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

*Counsel for Plaintiff Wilson Coffee House,
LLC (d/b/a Linden Street Coffee House)*

22

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Daniel M. Cohen
Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
danielc@cuneolaw.com
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

***Counsel for Plaintiff Portland Hunt-Alpine Club, LLC***

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

23

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO  63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

***Counsel for Plaintiff 2nd Pit LLC***