**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: Granulated Sugar Antitrust Litigation | MDL No. 24-3110 (JWB/DTS) |
| This Document Relates to: | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Member Case Nos.: | |
| 0:24-cv-00959-JWB-DTS | |
| 0:24-cv-00966-JWB-DTS | |
| 0:24-cv-00970-JWB-DTS | |
| 0:24-cv-01017-JWB-DTS | |
| 0:24-cv-01047-JWB-DTS | |
| 0:24-cv-01106-JMB-DTS | |
| 0:24-cv-01122-JWB-DTS | |
| 0:24-cv-01129-JWB-DTS | |
| 0:24-cv-01232-JWB-DTS | |
| 0:24-cv-01292-JWB-DTS | |
| 0:24-cv-01322-JMB-DTS | |
| 0:24-cv-01370-JWB-DTS | |
| 0:24-cv-01414-JWB-DTS | |
| 0:24-cv-01525-JMB-DTS | |

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), the undersigned, Vanessa G. Jacobsen, Benjamin E. Waldin, and Isaac J. Weitzhandler of Eimer Stahl LLP and Ariel K. Lierz and Luke J. Wolf of Spencer Fane LLP, hereby appear on behalf of Defendant Michigan Sugar Company in the actions captioned above.

Defendant further provides notice that, pursuant to the Notice of Withdrawal at ECF No. 335 in docket 24-md-03110-JWB-DTS, Jessica J. Nelson is no longer counsel of record for Defendant Michigan Sugar Company.

Dated:  April 8, 2025                */s/ Ariel K. Lierz*
Ariel K. Lierz (#397355)
Luke J. Wolf (#399986)
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7000
Facsimile: (612) 268-7001
alierz@spencerfane.com
lwolf@spencerfane.com

Vanessa G. Jacobsen
Benjamin E. Waldin
**EIMER STAHL LLP**
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
vjacobsen@eimerstahl.com
bwaldin@eimerstahl.com

Isaac J. Weitzhandler
**EIMER STAHL LLP**
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
Telephone: 408-889-1670
iweitzhandler@eimerstahl.com

***Counsel for Defendant Michigan Sugar Company***