**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE: GRANULATED SUGAR
ANTITRUST LITIGATION

This Document Relates to Case Number:
ALL ACTIONS

MDL No. 24-md-3110 (JWB/DTS)

**ORDER OF RECUSAL**

---

     Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: July 30, 2026

   s/ David T. Schultz_____
DAVID T. SCHULTZ
United States Magistrate Judge