**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/DTS)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| This Document Relates To:<br>0:24-cv-00959-JWB-ECW<br>0:24-cv-00966-JWB-ECW<br>0:24-cv-00970-JWB-ECW<br>0:24-cv-01017-JWB-ECW<br>0:24-cv-01047-JWB-DTS<br>0:24-cv-01106-JWB-ECW<br>0:24-cv-01122-JWB-ECW<br>0:24-cv-01129-JWB-ECW<br>0:24-cv-01232-JWB-ECW<br>0:24-cv-01292-JWB-ECW<br>0:24-cv-01414-JWB-ECW<br>0:24-cv-01654-JWB-ECW<br>0:24-cv-01812-JWB-ECW<br>0:24-cv-01847-JWB-ECW<br>0:24-cv-01992-JWB-ECW<br>0:24-cv-02234-JWB-ECW<br>0:24-cv-02342-JWB-ECW<br>0:24-cv-02347-JWB-ECW<br>0:24-cv-02652-JWB-ECW<br>0:24-cv-02654-JWB-ECW<br>0:24-cv-02937-JWB-ECW | |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota and Pretrial Order No. 1 (ECF No. 29), the undersigned attorney hereby notifies the Court and counsel that Matthew J. Piehl of Latham & Watkins LLP, currently listed as counsel of record for Defendant United Sugar Producers & Refiners Cooperative ("United"), wishes to withdraw as counsel for Defendant United in the cases listed above. The undersigned attorney previously notified the Court and counsel of his withdrawal as counsel for Defendant United in this case. ECF No. 707. This notice is being filed to ensure that the undersigned attorney is withdrawn as counsel from each of the above listed individual cases.

United will continue to be represented by other counsel of record from Latham & Watkins LLP, including Lawrence E. Buterman, Elyse M. Greenwald, David L. Johnson, and Christopher J. Brown. Pursuant to Pretrial Order No. 1, association of local co-counsel is not required, and the requirements of Local Rule 83.5(d) are waived.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Matthew J. Piehl*

Matthew J. Piehl (#0395942)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
matthew.piehl@lw.com