**Heidi M. Silton**
hmsilton@locklaw.com
Main: 612.339.6900

**MINNEAPOLIS**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179
P: 612.339.6900

September 16, 2026

**VIA ECF**
Clerk of Court
United States District Court
District of Minnesota
Diana E. Murphy United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Re:** ***The Union Public House, LLC v. American Sugar Refining, Inc., et al.*,**
**Civil No. 0:24-cv-01292 (JWB/ECW)**
**Commercial Indirect Purchaser Plaintiffs' Amended Short-Form Consolidated Class Action Complaint**

Dear Clerk of Court:

As you advised my staff yesterday, and pursuant to Judge Blackwell's instruction, below please see the detailed case and party information in the Commercial Indirect Purchaser Plaintiffs' Amended Short-Form Consolidated Class Action Complaint, filed September 14, 2026, as ECF No. 63.

| **PLAINTIFFS** | **ALL DEFENDANTS** | **NEWLY ADDED DEFENDANTS FOR SUMMONSES** |
|---|---|---|
| The Union Public House | ASR Group International, Inc.;<br>Amalgamated Sugar Company;<br>American Crystal Sugar Company; | Amalgamated Sugar Company;<br>American Crystal Sugar Company;<br>Florida Crystals Corporation;<br>Michigan Sugar Company; |

| | | |
|---|---|---|
| | American Sugar Refining, Inc.;<br>Commodity Information, Inc.;<br>Domino Foods, Inc.;<br>Florida Crystals Corporation;<br>Michigan Sugar Company;<br>Minn-Dak Farmers Cooperative;<br>National Sugar Marketing;<br>Richard Wistisen;<br>Southern Minnesota Beet Sugar Cooperative;<br>U.S. Sugar Corporation;<br>United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation;<br>Western Sugar Cooperative; and<br>Wyoming Sugar Company LLC | Minn-Dak Farmers Cooperative;<br>National Sugar Marketing, Inc.<br>Southern Minnesota Beet Sugar Cooperative;<br>United States Sugar Corporation;<br>Western Sugar Cooperative; and<br>Wyoming Sugar Company LLC |

Please let us know if the Court requires any further information. Thank you.

Sincerely,

LOCKRIDGE GRINDAL NAUEN PLLP

s/Heidi M. Silton

Heidi M. Silton

***Commercial Indirect Purchaser Plaintiffs' Interim Co-Lead Counsel***

c: All counsel of record (via ECF)