AO399 (01/09) Waiver of the Service of Summons

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: GRANULATED SUGAR ANTITRUST LITIGATION

Case No. 24-md-03110 (JWB/ECW)

This Document Relates To:

ALL COMMERCIAL INDIRECT PURCHASER ACTIONS

0:24-cv-00959
0:24-cv-00966
0:24-cv-00970
0:24-cv-01017
0:24-cv-01122
0:24-cv-01292
0:24-cv-01560
0:24-cv-01654
0:24-cv-01812
0:24-cv-01992
0:24-cv-02338
0:24-cv-02349

## WAIVER OF THE SERVICE OF SUMMONS

I have received your request to waive service of a summons in these actions along with a copy of the amended complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in each case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from October 5, 2026, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: October 7, 2026

*Signature of the attorney or unrepresented party*

National Sugar Marketing, Inc.
*Printed name of party waiving service of summons*

Jay L. Levine
PORTER WRIGHT MORRIS & ARTHUR LLP
2020 K Street, NW, Suite 600
Washington, DC 20006
(202) 778-3021
jlevine@porterwright.com