UNITED STATES DISTRICT COURT

for the

District of Minnesota

---

Court File # 0:24-cv-01292-JWB-ECW

Union Public House, LLC, The,

Plaintiff,

vs.

**AFFIDAVIT OF SERVICE**

Amalgamated Sugar Company, et al.,

Defendants.

---

**PRO LEGAL SUPPORT SERVICES, INC.**

I, McKenna Ivy, state that on October 9, 2026, at 11:36 am, I served a copy of the Summons in a Civil Action; Amended Master Consolidated Complaint — Jury Trial Demanded — Sealed Version; Direct Purchaser Plaintiffs' Short-Form First Amended Consolidated Class Action Complaint — Jury Trial Demanded; Commercial Indirect Purchaser Plaintiffs' Amended Short-Form Consolidated Class Action Complaint — Jury Trial Demanded; Addendum — State-Specific Allegations; Consumer Indirect Purchaser Plaintiffs' Amended Short Form Complaint — Class Action — Jury Trial Demanded — Filed Under Seal; Protective Order, with Exhibit A: and Acknowledgement and Agreement to Be Bound in the above-captioned case upon American Crystal Sugar Company therein named, at 101 3rd Street North, Moorhead, MN 56560, in the County of Clay, by handing to and leaving with Tom Astrup (Chief Executive Officer of American Crystal Sugar Company) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Signed in the state of: Minnesota

In the county of: Renville

Dated: October 12, 2026

McKenna Ivy

McKenna Ivy
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com