UNITED STATES DISTRICT COURT

for the

District of Minnesota

Court File # 0:24-cv-01292-JWB-ECW

Union Public House, LLC, The,

Plaintiff,

vs.

**AFFIDAVIT OF SERVICE**

Amalgamated Sugar Company, et al.,

Defendants.

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Craig Siegel, state that on October 8, 2026, at 1:55 pm, I served a copy of the Summons in a Civil Action; Amended Master Consolidated Complaint — Jury Trial Demanded — Sealed Version; Direct Purchaser Plaintiffs' Short-Form First Amended Consolidated Class Action Complaint — Jury Trial Demanded; Commercial Indirect Purchaser Plaintiffs' Amended Short-Form Consolidated Class Action Complaint — Jury Trial Demanded; Addendum — State-Specific Allegations; Consumer Indirect Purchaser Plaintiffs' Amended Short Form Complaint — Class Action — Jury Trial Demanded — Filed Under Seal; Protective Order, with Exhibit A: and Acknowledgement and Agreement to Be Bound in the above-captioned case upon Florida Crystals Corporation, c/o Registered Agent: Corporate Creations Network, Inc. therein named, at 801 US Highway 1, North Palm Beach, FL 33408, in the County of Palm Beach, by handing to and leaving with Georgia Joseph (Service of Process Specialist) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Signed in the state of: Florida

In the county of: Alva

Dated: October 9, 2026

Craig Siegel

7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com