UNITED STATES DISTRICT COURT

for the

District of Minnesota

---

Court File # 0:24-cv-01292-JWB-ECW

Union Public House, LLC, The,

Plaintiff,

vs.

**AFFIDAVIT OF SERVICE**

Amalgamated Sugar Company, et al.,

Defendants.

---

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Jan Dickeson, state that on October 9, 2026, at 1:18 pm, I served a copy of the Summons in a Civil Action; Amended Master Consolidated Complaint — Jury Trial Demanded — Sealed Version; Direct Purchaser Plaintiffs' Short-Form First Amended Consolidated Class Action Complaint — Jury Trial Demanded; Commercial Indirect Purchaser Plaintiffs' Amended Short-Form Consolidated Class Action Complaint — Jury Trial Demanded; Addendum — State-Specific Allegations; Consumer Indirect Purchaser Plaintiffs' Amended Short Form Complaint — Class Action — Jury Trial Demanded — Filed Under Seal; Protective Order, with Exhibit A: and Acknowledgement and Agreement to Be Bound in the above-captioned case upon Wyoming Sugar Company LLC therein named, at 300 South 1st Street, Worland, WY 82401, in the County of Washakie, by handing to and leaving with Beth Stiver (Financial Executive and person who stated she is authorized to accept service of process on behalf of Wyoming Sugar Company LLC) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Signed in the state of: Wyoming

In the county of: Hot Springs

Dated: October 12, 2026

Jan Dickeson
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com