**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/ECW) |
| This Document Relates To:<br>All Class Actions<br>*Albertsons Cos., Inc. et al.* v. *ASR Group International Inc. et al.,* No.: 26-cv-03492<br>*McLane Co., Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-03412<br>*Rich Holdings Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-03940<br>*Krasdale Foods, Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-03751<br>*General Mills, Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-04028 | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Florida Crystals Corporation ("FCC") states that it is a wholly owned subsidiary of Fanjul Corp., a privately held corporation, and that no publicly held corporation owns 10% or more of FCC's stock.

Dated: October 27, 2026

Respectfully submitted,

*<u>/s/ Djordje Petkoski</u>*
Djordje Petkoski
Paul D. Brachman
Amelia Rasmussen
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
dpetkoski@paulweiss.com
pbrachman@paulweiss.com
mrasmussen@paulweiss.com

Katherine B. Forrest
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kforrest@paulweiss.com

***Counsel for Defendant Florida Crystals Corporation (except with respect to The Kraft Heinz Company as Plaintiff)***