**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/ECW) |
| This Document Relates To:<br>All Class Actions<br>*Albertsons Cos., Inc. et al.* v. *ASR Group International Inc. et al.,* No.: 26-cv-03492<br>*McLane Co., Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-03412<br>*Rich Holdings Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-03940<br>*Krasdale Foods, Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-03751<br>*General Mills, Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-04028 | **NOTICE OF APPEARANCE** |

The undersigned attorney, who has previously appeared as counsel of record for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc., hereby notifies the Court and counsel that Katherine B. Forrest shall appear as counsel of record for Defendant **Florida Crystals Corporation** in this matter, except with respect to *Mondelēz Global LLC et al.* v. *ASR Group International, Inc. et al.*, No.: 26-cv-03528.

Dated: October 28, 2026

*/s/ Katherine B. Forrest*

Katherine B. Forrest
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kforrest@paulweiss.com