**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/ECW) |
| This Document Relates To:<br>All Class Actions<br>*Albertsons Cos., Inc. et al.* v. *ASR Group International Inc. et al.,* No.: 26-cv-03492<br>*McLane Co., Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-03412<br>*Rich Holdings Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-03940<br>*Krasdale Foods, Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-03751<br>*General Mills, Inc. et al.* v. *ASR Group International, Inc. et al.,* No.: 26-cv-04028 | **NOTICE OF APPEARANCE** |

The undersigned attorney, who has previously appeared as counsel of record for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc., hereby notifies the Court and counsel that Paul D. Brachman shall appear as counsel of record for Defendant **Florida Crystals Corporation** in all class actions and the five above-captioned direct actions.

Dated: October 29, 2026

*/s/ Paul D. Brachman*

Paul D. Brachman
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
pbrachman@paulweiss.com