Timothy M. Stubson (WY Bar #6-3144)
Crowley Fleck, PLLP
111 W. 2nd, Suite 220
Casper, WY 82601
(307) 265-2279
tstubson@crowleyfleck.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNION PUBLIC HOUSE, LLC, The, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 24-cv-01292 (JWB/ECW) |
| | ) |
| v. | ) |
| | ) |
| AMALGAMATED SUGAR COMPANY, | ) |
| et al., | ) |
| | ) |
| Defendant. | ) |

# ENTRY OF APPEARANCE

COMES NOW, Timothy M. Stubson of the Law Firm of Crowley Fleck PLLP and hereby enters his appearance as co-counsel for the Defendant, Wyoming Sugar Company, LLC in the above captioned matter.

DATED this 10th day of November, 2026.

/s/ *Timothy M. Stubson*
Timothy M. Stubson (WY Bar #6-3144)
Crowley Fleck PLLP
111 W. 2nd Street, Suite 220
(307) 232-6901
tstubson@crowleyfleck.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, I served a copy of the foregoing pleading, via ESF.

/s/ *Timothy M. Stubson*
Timothy M. Stubson