UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MDL No. 24-3110 (JWB/ECW)

In re: Granulated Sugar Antitrust Litigation

This Document Relates to: 24-cv-01292
Union Public House, LLC, The v. American Sugar Refining, Inc. et al

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned attorneys, Aaron E. Ahlgren and Erik A. Ahlgren, of the Ahlgren Law Office, PLLC enter their appearances as attorneys of record for Defendant Minn-Dak Farmers Cooperative in this proceeding.

All future correspondence, demands, notices and pleadings should be forwarded to the attention of Aaron E. Ahlgren and Erik A. Ahlgren at the address and contact information below.

Dated: November 11, 2026.

**Ahlgren Law Office, PLLC**
/s/ Aaron E. Ahlgren
Aaron E. Ahlgren, Attorney # 0505610
/s/ Erik A. Ahlgren
Erik A. Ahlgren, Attorney # 191814
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
aaron@ahlgrenlawoffice.net
erik@ahlgrenlawoffice.net
ATTORNEYS FOR DEFENDANT
MINN-DAK FARMERS COOPERATIVE