**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNION PUBLIC HOUSE, LLC, THE, on behalf of themselves and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>AMERICAN SUGAR REFINING, INC., et al,<br>Defendants. | Case No. 0:24-cv-01292-JWB-ECW |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP has relocated its New York office. Effective immediately, Katherine Forrest and Matthew Robinson should be served with correspondence in this case at the address set forth below:

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1345 Avenue of the Americas
New York, NY 10105

Dated: November 23, 2026

*/s/ Katherine Forrest*

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
Katherine Forrest
Matthew Robinson
1345 Avenue of the Americas
New York, NY 10105
Phone: (212) 373-3700
Fax: (212) 757-3990
kforrest@paulweiss.com
mrobinson@paulweiss.com